# Court of Appeals
# of the State of Georgia

ATLANTA, <u>  December 27, 2024  </u>

*The Court of Appeals hereby passes the following order:*

**A25D0168. ANGEL COLLADO v. THE STATE.**

Angel Collado filed this application on December 3, 2024, seeking to appeal his probation revocation and the imposition of a sentence he contends is improper. The application materials contain an order dated August 6, 2024 denying Collado's motion to modify his sentence and an August 11, 2023 revocation of his probation. This Court lacks jurisdiction because the application is untimely.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Collado's application was filed 119 days after the most recent order included in the materials, and this Court therefore lacks jurisdiction to consider this matter. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>  12/27/2024  </u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>                                                        </u> *, Clerk.*